**F I L E D**
CLERK, U.S. DISTRICT COURT

3/20/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____KM_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2026 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>MATTHEW EDWARD PYSHER,<br>  aka "Piano.Man,"<br>  aka "singusasong,"<br><br>            Defendant. | CR 2:26-cr-00163-SPG<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 2423(b): Travel with Intent to Engage in Criminal Sexual Activity; 18 U.S.C. § 2422(b): Enticement of a Minor to Engage in Criminal Sexual Activity; 18 U.S.C. § 2428: Criminal Forfeiture] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 2423(b)]

On or about February 20, 2026, defendant MATTHEW EDWARD PYSHER, also known as ("aka") "Piano.Man," aka "singusasong," knowingly traveled in interstate commerce, namely from the State of Pennsylvania to Los Angeles County, California, within the Central District of California, for the purpose of engaging in illicit sexual conduct, as defined in Title 18, United States Code, Sections 2423(g)(1) and 2246(2), with a person who had not attained the age of 18 years, namely, Minor Victim.

COUNT TWO

[18 U.S.C. § 2422(b)]

Beginning in or around January 2026, and continuing to on or around February 20, 2026, in Los Angeles County, within the Central District of California, Pennsylvania, and elsewhere, defendant MATTHEW EDWARD PYSHER, also known as ("aka") "Piano.Man," aka "singusasong," used a facility and means of interstate and foreign commerce, namely, a cellular phone, the Internet, an airplane, and a vehicle, to knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, namely, Minor Victim, who was in fact between the ages of 12 and 13 years, and whom defendant PYSHER knew had not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense, namely, Lewd and Lascivious Acts with a Minor Child Under 14 Years Old, in violation of California Penal Code Section 288(a), Unlawful Sexual Intercourse with a Minor More Than Three Years Younger, in violation of California Penal Code Section 261.5(c), and Production of Child Pornography, in violation of Title 18, United States Code, Section 2251(a).

FORFEITURE ALLEGATION

[18 U.S.C. § 2428]

1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 2428, in the event of the defendant's conviction of any of the offenses set forth in Counts One and Two of this Indictment.

2.    The defendant, if so convicted, shall forfeit to the United States of America the following property:

(a)   All right, title, and interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense;

(b)   All right, title, and interest in any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, from the commission of the offense; and

//

//

3

(c)   To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

A TRUE BILL

/S/_____
Foreperson

BILAL A. ESSAYLI
First Assistant United States
Attorney

IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division

LANA MORTON OWENS
Assistant United States Attorney
Deputy Chief, National Security
Division

COLIN S. SCOTT
Assistant United States Attorney
National Security Division

BRANDON E. MARTINEZ-JONES
Assistant United States Attorney
Major Crimes Section

4