# EXHIBIT A

1. *USA v. Wilson Navarro Santiago*, CR. No. 23-336-JLS, pending since March 2025, a one-defendant complex drug distribution case originating out of Colombia, scheduled for September 21, 2026. After several continuances, this case will very likely proceed to trial on that date.

2. *USA v. Steven Mateski,* CR. No. 25-236-FLA, pending since August 2025, a one defendant non-complex, possession of unregistered firearms case, scheduled for trial on September 29, 2026. After three continuances, one more continuance is likely because of *Navarro Santiago* trial date.

3. *USA v. Trevor Lyons*, CR. No. 25-710-SRM, pending since November 2025, a one-defendant production of child pornography case scheduled for trial on October 13, 2026. After two continuances, a plea agreement is likely.

4. *USA v. Jesse Prieto,* CR. No. 26-209-AB, pending since April 2026, a one-defendant drug and gun case, scheduled for trial on November 2, 2026, after one continuance.

5. *USA v. Rudy Flores,* CR No. 22-451-MEMF, pending since September 2022, a one-defendant drug distribution and felon in possession case, set for trial on December 7, 2026. After multiple continuances, the parties remain engaged in litigation over a pretrial motion and are unlikely to proceed to trial on that date. Estimated trial length: 2-3 days.